Form 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**      FORM 3

---

FENGCHI IMP. AND EXP. CO., LTD. OF HAICHENG CITY, FENGCHI REFRACTORIES CO. OF HAICHENG CITY, AND FEDMET RESOURCES CORPORATION,

                Plaintiffs,

    v.

UNITED STATES,

                Defendant.

**S U M M O N S**

**Court No. 13-00186**

---

**TO:**  The Attorney General, the Department of Commerce, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/Tina Potuto Kimble
Clerk of the Court

---

1. Plaintiffs Fengchi Imp. and Exp. Co., Ltd. of Haicheng City and Fengchi Refractories Co., of Haicheng City are foreign manufacturers of subject merchandise. Plaintiff Fedmet Refractories Corporation is an importer of subject merchandise. Plaintiffs were parties in the Department of Commerce's administrative review of *Certain Magnesia Carbon Bricks from the People's Republic of China*, and are therefore interested parties within the meaning of 19 U.S.C. § 1677(9)(A). Plaintiffs have standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A).
   (Name and standing of plaintiff)

2. Plaintiff contests the final results of the International Trade Administration, U.S. Department of Commerce, in *Certain Magnesia Carbon Bricks from the People's Republic of China: Final Results and Final Partial Rescission of Antidumping Duty Administrative Review; 2010 to 2011*, 78 Fed. Reg. 22,230 (April 15, 2013).
   (Brief description of contested determination)

3. April 9, 2013
   (Date of determination)

8027644 v1

**SEE REVERSE SIDE**

Form 3-

4. <u>April 15, 2013</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)


<u>/s/ Donald B. Cameron          </u>
Signature of Plaintiffs' Attorney

Donald B. Cameron
MORRIS MANNING & MARTIN LLP
1333 H Street NW, Suite 820E
Washington, DC 20005
(202) 216-4811


<u>May 9, 2013    </u>
Date

8027644 v1

Form 3-

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007).


Attorney-in-Charge
U.S. Department of Justice, Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY 10278

Office of the Chief Counsel
for Import Administration
U.S. Department of Commerce
14th Street & Pennsylvania Ave., NW
Washington, D.C. 20230